| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>GALEN & DAVIS<br>16255 VENTURA BLVD., SUITE 900<br>ENCINO, CA 91436-2319<br>TELEPHONE NO.(Optional) (818) 986-5685  FAX NO.(Optional)(818) 986-1859<br>EMAIL ADDRESS(Optional):<br>ATTORNEY FOR(Name): PLAINTIFF | FOR COURT USE ONLY  |
|---|---|
| USDC, COURT OF CALIFORNIA, COUNTY OF: SAN FRANCISCO<br>STREET ADDRESS: 450 GOLDEN GATE AVE.<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3489<br>BRANCH NAME: SAN FRANCISCO | |
| PLAINTIFF/PETITIONER: SYNNEX<br>DEFENDANT/RESPONDENT: ATLANTA TELEPHONE | CASE NUMBER:<br>C073638EDL |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>00724228-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents):*
   SEE ATTACHMENT "A" TO PROOF OF SERVICE;

3. a. Party Served: *(specify name of party as shown on documents served):*
      ATLANTA TELEPHONE SALES AND SERVICE COMPANY, A GEORGIA
      CORPORATION

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a.):* JOHN PEACOCK
      AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 3435 BRECKINRIDGE BLVD., SUITE 120
                                        DULUTH, GA 30096           **(Business)**

5. I served the party *(check proper box)*
   b. **by substituted service**. On (date):July 19, 2007 at (time): 01:20 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      ""JANE DOE"/PERSON IN CHARGE (REFUSED TO GIVE NAME)
      Physical Description:
      AGE: 30          HAIR: BRN          HEIGHT: 5'4"          RACE: WHT
      SEX: FEMALE                         WEIGHT: 140

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached

   **Served in accordance with CCP 415.20(a)**

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

ORIGINAL

41B/00724228-01

| PETITIONER: SYNNEX | CASE NUMBER: |
|---|---|
| RESPONDENT: ATLANTA TELEPHONE | C073638EDL |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.  on behalf of:
   ATLANTA TELEPHONE SALES AND SERVICE COMPANY, A GEORGIA CORPORATION
   under:
   [XX] CCP 416.10 (corporation)

7. **Person who served papers**



   a. Name: Christopher S. Stanton
   b. Address: 15759 Strathern Street, Van Nuys, CA 91406
   c. Telephone: (818) 787-0422
   d. *The fee* for service was: $ 25.00
   e. I am:
      (i) ___Employee or _X_Independent Contractor
      (ii) Registration No.: 67
      (iii) County : Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:      July 31, 2007

          Christopher S. Stanton
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                    (SIGNATURE)

Page 2 of 2

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE SUMMONS**          Code of Civil Procedure,§ 417.10

41B/00724228-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| GALEN & DAVIS<br>16255 VENTURA BLVD., SUITE 900<br>ENCINO, CA 91436-2319 | (818) 986-5685 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>00724228-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
NORTHERN DISTRICT SAN FRANCISCO
SAN FRANCISCO, CA 94102-3489

SHORT NAME OF CASE
SYNNEX vs. ATLANTA TELEPHONE

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C073638EDL |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, California. I am over the age of 18 and not a party to this action. My business address is 15759 Strathern Street, Van Nuys, CA 91406.

On July 19, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
SEE ATTACHMENT "A" TO PROOF OF SERVICE;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at       Van Nuys, California, addressed as follows:

JOHN PEACOCK
ATLANTA TELEPHONE SALES AND SERVICE COMPANY, A GEORGIA CORPORATION
3435 BRECKINRIDGE BLVD., SUITE 120
DULUTH, GA 30096

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on July 31, 2007 at    Van Nuys, California.

Fee for service:  $ 25.00

Registered:  Los Angeles  County:
Number:  67



15759 Strathern Street
Van Nuys, CA 91406
(818) 787-0422

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

on:  July 31, 2007

Signature: _____

Name: ARARAT KAZARIAN

322/00724228-01          **PROOF OF SERVICE BY MAIL**

## ATTACHMENT "A"

1. SUMMONS IN A CIVIL CASE
2. CIVIL COVER SHEET
3. COMPLAINT FOR; 1) BREACH OF CONTRACT; 2) OPEN BOOK ACCOUNT; AND 3) ACCOUNT STATED
4. ORDER SETTING INITIAL CASE AND ADR DEADLINES
5. ECF REGISTRATION INFORMATION HANDOUT
6. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS
7. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL