AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

_____Northern_____ DISTRICT OF _____California_____

Synnex Corporation, a Delaware Corporation

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

V.

ATLANTA TELEPHONE SYSTEMS, INC., a Georgia Corporation; ATLANTA TELEPHONE & CABLE Corporation, a Georgia Corporation, et al.

CASE NUMBER: 07-cv-03638-EDL

**NOTICE**

To: __Atlanta Telephone Systems, Inc., a Georgia Corporation__
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.
You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**
You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.
**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.
**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.
I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on __August 06, 2007__.
Date

_[Signature]_
Signature of Sender

16255 Ventura Blvd., Suite 900
Encino, CA 91436

__Jeffrey M. Galen, Esq.__
Name of Sender

Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on __August 10, 2007__ at __1505 Lakes Parkway, Suite 100, Lawrenceville, GA 30043__
Date of Receipt              Address

__August 15, 2007__
Date of Signature

_[Signature]_
Signature

__Elizabeth L. Clack-Freeman__
Name (Please Type or Print)

**Attorney of Record**
Relationship of Entity Served or Authority to Receive Service of Process

__1505 Lakes Parkway, Suite 100, Lawrenceville, GA 30043__
Current Address

AO-440A