1  ROGERS JOSEPH O'DONNELL
   THOMAS H. CARLSON (State Bar No. 121367)
2  311 California Street
   San Francisco, California 94104
3  Telephone: 415.956.2828
   Facsimile: 415.956.6457
4  Email:     tcarlson@rjo.com

5  ANDERSEN, TATE & CARR, P.C.
   THOMAS T. TATE
6  ELIZABETH CLACK-FREEMAN
   1505 Lakes Parkway, Suite 100
7  Lawrenceville, Georgia 30043
   Telephone: 770.822.0900
8  Facsimile: 770.822.9680
   Email:     ttate@atclawfirm.com
9             lcfreeman@atclawfirm.com
   *Of Counsel, pending pro hac vice*
10 *application*

11 Attorneys for Defendant
   Peacock Communications, ATSSC, Inc.,
12 d/b/a Atlanta Telephone Company

FILED

07 AUG 30 PM 1:06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION,<br>a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLANTA TELEPHONE SYSTEMS, INC.,<br>a Georgia Corporation; ATLANTA<br>TELEPHONE & CABLE CORPORATION, a<br>Georgia Corporation; ATLANTA<br>TELEPHONE SALES & SERVICE<br>COMPANY, a Georgia Corporation;<br>ATLANTA TELEPHONE & DATA<br>CORPORATION, a Georgia Corporation;<br>PEACOCK COMMUNICATIONS,<br>ATSSC, INC., a Georgia Corporation; and<br>DOES 1 TO 50 inclusive,<br><br>    Defendants. | Case No. C:07-CV-03638-EDL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY THOMAS T. TATE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Thomas T. Tate, an active member in good

Page 1

Application for Admission of Attorney *pro hac vice* – Case No: C:07-CV-03638

261208.1

1  standing of the bar of Georgia, hereby applies for admission to practice in the Northern
2  District of California on a *pro hac vice* basis representing defendant Peacock
3  Communications, ATSSC, Inc. d/b/a Atlanta Telephone Company, in the above-entitled
4  action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of the United States District Court of Georgia and of the Supreme Court of the State of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Thomas H. Carlson (State Bar No. 121367), Rogers Joseph O'Donnell, 311 California Street, San Francisco, CA 94104, telephone (415) 956-2828.

I declare under penalty of perjury under the laws of the States of Georgia and California, and the United States of America, that the foregoing is true and correct. Executed this 28th day of August, 2007 at Lawrenceville, Georgia.

THOMAS T. TATE