1  ROGERS JOSEPH O'DONNELL
   THOMAS H. CARLSON (State Bar No. 121147)
2  311 California Street
   San Francisco, California 94104
3  Telephone: 415.956.2828
   Facsimile: 415.956.6457
4  Email       tcarlson@rjo.com

5  ANDERSEN, TATE & CARR, P.C.
   THOMAS T. TATE
6  ELIZABETH CLACK-FREEMAN
   1505 Lakes Parkway, Suite 100
7  Lawrenceville, Georgia 30043
   Telephone:  770.822.0900
8  Facsimile:  770.822.9680
   Email:      ttate@atclawfirm.com
9              lcfreeman@atclawfirm.com
   *Of Counsel, pending pro hac vice*
10 *application*

11 Attorneys for Defendant
   Peacock Communications, ATSSC, Inc.,
12 d/b/a Atlanta Telephone Company

FILED
07 AUG 30 PM 1:07

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION,<br>a Delaware Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ATLANTA TELEPHONE SYSTEMS, INC.,<br>a Georgia Corporation; ATLANTA<br>TELEPHONE & CABLE CORPORATION, a<br>Georgia Corporation; ATLANTA<br>TELEPHONE SALES & SERVICE<br>COMPANY, a Georgia Corporation;<br>ATLANTA TELEPHONE & DATA<br>CORPORATION, a Georgia Corporation;<br>PEACOCK COMMUNICATIONS,<br>ATSSC, INC., a Georgia Corporation; and<br>DOES 1 TO 50 inclusive,<br><br>            Defendants. | Case No. C:07-CV-03638-EDL<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**
**[C.C.P. § 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]**

I, Stanley Marcus, state:

My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

**APPLICATION FOR ADMISSION OF ATTORNEY
ELIZABETH CLACK-FREEMAN *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ELIZABETH CLACK-FREEMAN *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF ATTORNEY
THOMAS T. TATE *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY THOMAS T. TATE *PRO HAC VICE***

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Jeffrey M. Galen, Esq.
Glenn D. Davis, Esq.
Galen & Davis, LLP
16255 Ventura Blvd., Ste. 900
Encino, CA 91436

X  BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

__  BY PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

__  BY OVERNIGHT MAIL: I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

__  BY FACSIMILE: I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: August 29, 2007                      _/s/ Stanley Marcus_
                                             Stanley Marcus