Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)
EMAIL: jeffrey.galen@jgdlegal.com

Attorney for Plaintiff, Synnex Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ATLANTA TELEPHONE SYSTEMS, INC., a Georgia Corporation; ATLANTA TELEPHONE & CABLE CORPORATION, a Georgia Corporation; ATLANTA TELEPHONE SALES & SERVICE COMPANY, a Georgia Corporation; ATLANTA TELEPHONE & DATA CORPORATION, a Georgia Corporation; PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. 3:07-CV-03638-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, ATLANTA TELEPHONE & CABLE CORPORATION, A GEORGIA CORPORATION** |

**PLEASE TAKE NOTICE** that pursuant of Federal Rules of Civil Procedure

Section 41(a), Plaintiff, Synnex Corporation, a Delaware Corporation voluntarily

1

dismisses Defendant Atlanta Telephone & Cable Corporation, a Georgia Corporation without prejudice.

Dated: September 4, 2007                    GALEN & DAVIS LLP

                                            By: _____
                                            Jeffrey M. Galen, Esq.
                                            16255 Ventura Blvd., Suite 900
                                            Encino, CA 91436
                                            818-986-5685 (telephone)
                                            818-986-1859 (facsimile)
                                            Attorneys for Plaintiff,
                                            SYNNEX CORPORATION

2

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

    This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

    On September 4, 2007, I served the foregoing document described as **NOTICE OF VOLUNTARILY DISMISSAL OF DEFENDANT ATLANTA TELEPHONE & CABLE CORPORATION** by depositing a true copy thereof enclosed in a sealed envelope as follows:

**Liz Clack-Freeman**
**Anderson, Tate & Car, P.C.**
**1505 Lakes Parkway, Suite 100**
**Lawrenceville, GA 30043**

( )    (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)    (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )    (HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 4, 2007 at Encino, California.

Sheri Young
Print Name

_[signature]_
Signature