ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

ANDERSEN, TATE & CARR, P.C.
THOMAS T. TATE
ELIZABETH CLACK-FREEMAN
1505 Lakes Parkway, Suite 100
Lawrenceville, Georgia 30043
Telephone: 770.822.0900
Facsimile: 770.822.9680
*Of Counsel, pending pro hac vice application*

Attorneys for Defendant and
Counterclaimant Peacock Communications,
ATSSC, Inc. d/b/a Atlanta Telephone
Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 TO 50 inclusive,<br><br>Defendants.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>SYNNEX CORPORATION, a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. 3:07-CV-03638-EDL<br><br>**[PROPOSED] ORDER GRANTING PEACOCK COMMUNICATIONS, ATSSC, INC.'S MOTION TO TRANSFER VENUE**<br><br>Date: October 23, 2007<br>Time: 9:00 a.m.<br>Dept. Courtroom E, Fifteenth Floor<br>Judge: Magistrate Judge Elizabeth D. Laporte |

Page 1

[Proposed] Order Granting Peacock Communications, ATSSC, Inc.'s Motion to Transfer Venue –
Case No. 3:07-CV-03638-EDL

261775.1

In consideration of the evidence, the arguments of counsel, and for good cause shown, it is hereby ordered, adjudged and decreed that Peacock Communications, ATSSC, Inc.'s motion to transfer venue is GRANTED and that this matter be, and hereby is, transferred to the United States District Court for the Northern District of Georgia, Atlanta Division.

Dated: _____

_____
Elizabeth D. Laporte
United States Magistrate Judge

[Proposed] Order Granting Peacock Communications, ATSSC, Inc.'s Motion to Transfer Venue – Case No. 3:07-CV-03638-EDL

261775.1