UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, | No. C07-03638 EDL |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| PEACOCK COMMUNICATIONS, ATSSC, Inc., | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 9/20/07

Signature

Counsel for SYNNEX CORPORATION
(Name or party or indicate "pro se")

2

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

On September 20, 2007, I served the foregoing document described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** by depositing a true copy thereof enclosed in a sealed envelope as follows:

**Liz Clack-Freeman
Anderson, Tate & Car, P.C.
1505 Lakes Parkway, Suite 100
Lawrenceville, GA 30043**

( )   (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)   (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )   (HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 20, 2007 at Encino, California.

Sheri Young
Print Name                                              Signature