UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, | No. C07-03638 EDL |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| PEACOCK COMMUNICATIONS, ATSSC, Inc., | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.* Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 9-21-07

Signature

Counsel for Peacock Communications
(Name or party or indicate "pro se")

\* without prejudice to the pending motion to transfer venue

2