Jeffrey M. Galen, Esq. (SBN 134705)
Glenn D. Davis, Esq. (SBN 150744)
GALEN & DAVIS LLP
16255 Ventura Boulevard, Suite 900
Encino, California 91436
Telephone: (818) 986-5685

Attorneys for Plaintiff,
Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 to 50, inclusive,<br><br>Defendants.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>SYNNEX CORPORATION, a Delaware Corporation,<br><br>Counterclaim Defendant. | Case No. 07-03638-EDL<br><br>**SYNNEX CORPORATION'S ANSWER TO COUNTERCLAIM OF DEFENDANT PEACOCK COMMUNICATIONS, INC., dba ATLANTA TELEPHONE COMPANY** |

COMES NOW Counterclaim Defendant SYNNEX CORPORATION, a Delaware

SYNNEX CORPORATION'S ANSWER TO COUNTERCLAIM OF DEFENDANT
PEACOCK COMMUNICATIONS, INC., dba ATLANTA TELEPHONE COMPANY

Corporation, answering the Counterclaim of PEACOCK COMMUNICATIONS, ATSSC, INC, a Georgia Corporation, for themselves alone and for no other Counterclaim Defendant hereby admits, denies and alleges as follows:

## GENERAL DENIAL

Pursuant to section 431.30(d) of the *California Code of Civil Procedure*, Counterclaim Defendant denies generally and specifically, each and every allegation in the Counterclaim of PEACOCK COMMUNICATIONS, ATSSC, INC, a Georgia Corporation, and further denies that Counterclaimant was damaged in the manner or sums alleged, to be alleged or in any other sum or sums whatsoever, or at all by any act or omission on the part of this answering Counterclaim Defendant or by any agent, servant or employee of this answering Counterclaim Defendant.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. The Counterclaim and each and every cause of action therein, fails to state facts sufficient to constitute a cause of action against this answering Counterclaim Defendant.

### SECOND AFFIRMATIVE DEFENSE

2. The Counterclaim is barred, in whole or in part by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

3. Counterclaim is barred from all relief sought by the applicable statutes of limitation including, but not limited to, the provisions of Code of Civil Procedure Sections 337, 338, 339, 343 and/or Commercial Code Section 2725.

### FOURTH AFFIRMATIVE DEFENSE

4. The Counterclaim and each and every cause of action alleged therein are barred by the doctrine of unclean hands.

**SYNNEX CORPORATION'S ANSWER TO COUNTERCLAIM OF DEFENDANT PEACOCK COMMUNICATIONS, INC., dba ATLANTA TELEPHONE COMPANY**

### FIFTH AFFIRMATIVE DEFENSE

5. The Counterclaim, and each and every purported cause of action therein asserted against the Counterclaim Defendant, is barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

6. Counterclaimant has waived any and all claims or purported causes of action against this answering Counterclaim Defendant for any relief or for any fact arising out of the matters stated in the Counterclaim herein.

### SEVENTH AFFIRMATIVE DEFENSE

7. Counterclaimant has failed to mitigate its damages arising out of the facts plead in the Counterclaim.

### EIGHTH AFFIRMATIVE DEFENSE

8. Counterclaimant is barred from each and every one of the alleged causes of action, or otherwise asserting any rights by their pleading being responded to herein or any other right to relief against Counterclaim Defendant. Counterclaim Defendant is entitled to relief by reason of misrepresentations by the Counterclaimant and their agents concerning facts material to the case and issues at hand.

### NINTH AFFIRMATIVE DEFENSE

9. Counterclaimant and their agents at all times gave their consent, express or implied, to the acts, admissions, and conduct of Counterclaim Defendants alleged in the pleadings being responded to herein, and in each and every alleged cause of action contained therein.

### TENTH AFFIRMATIVE DEFENSE

10. Counterclaim Defendants allege that the damages, for which the Counterclaimants seek to hold Counterclaim Defendants liable, resulted in whole and/or in part from Counterclaimants' acts or omissions and Counterclaim Defendants are in no way responsible or liable to Counterclaimants for their own wrongful acts or omissions.

### ELEVENTH AFFIRMATIVE DEFENSE

11. The damages sustained by Counterclaimants, if any, were directly caused and contributed to by persons other than Counterclaim Defendants. The liability of all Counterclaim Defendants, named or unnamed, should be apportioned according to their relative degree of fault, if any, and the liability, if any, of Counterclaim Defendants should be reduced accordingly.

### TWELFTH AFFIRMATIVE DEFENSE

12. Counterclaimants are obligated to pay damages to Counterclaim Defendants based upon the facts alleged in the complaint filed herewith, and Counterclaim Defendants are entitled to offset the damages owed, if any, by Counterclaim Defendants against any sums that Counterclaimants may recover pursuant to its Counterclaim or any cause of action in it.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. The Cross Complaint is barred due to the fact that Counterclaimants owe Counterclaim Defendants the duty of indemnity, including but not limited to, defending and holding Cross Defendant harmless for any and all damages resulting from the subject of the Cross Complaint.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. Counterclaim Defendant is not liable for any damage, loss, costs, or expense for breach of warranty, expressed or implied.

### FIFTEENTH AFFIRMATIVE DEFENSE

15. Due to lack of information as to matters set forth in the Counterclaim, Counterclaim Defendant has insufficient knowledge or information on which to form a belief as to whether additional, yet unstated affirmative defenses are available. Counterclaim Defendant reserves the right to assert additional defenses in the event that discovery and/or investigation indicates they would be appropriate.

**WHEREFORE,** Counterclaim Defendant SYNNEX CORPORATION prays for judgment against Counterclaimant as follows:

1. That the Counterclaim be dismissed in its entirety with prejudice;

2. That Counterclaimant takes nothing by reason of its Counterclaim;

3. That Counterclaim Defendant be awarded reasonable attorneys' fees;

4. That Counterclaim Defendant be awarded all of the costs of the suit herein incurred; and,

5. That Counterclaim Defendant be awarded such other and further relief as the court may deem just and proper.

Dated: September 25, 2007        GALEN & DAVIS LLP

By: _____
Jeffrey M. Galen, Esq.
Attorneys for Plaintiff and Counterclaim
Defendant, SYNNEX CORPORATION

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

    This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

    On September 25, 2007, I served the foregoing document described as **SYNNEX CORPORATION'S ANSWER TO COUNTERCLAIM OF DEFENDANT PEACOCK COMMUNICATIONS, INC., dba ATLANTA TELEPHONE COMPANY** by depositing a true copy thereof enclosed in a sealed envelope as follows:

**Liz Clack-Freeman**
**Anderson, Tate & Carr, P.C.**
**1505 Lakes Parkway, Suite 100**
**Lawrenceville, GA 30043**

**Thomas H. Carlson, Esq.**
**Rogers Joseph O'Donnell**
**311 California Street**
**San Francisco, CA 94104**

( )      (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)      (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )      (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )      (HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 25, 2007 at Encino, California.

Sheri Young
Print Name

_____
Signature