```
 1  ROGERS JOSEPH O'DONNELL
    THOMAS H. CARLSON (State Bar No. 121367)
 2  311 California Street
    San Francisco, California 94104
 3  Telephone: 415.956.2828
    Facsimile:  415.956.6457
 4  Email      tcarlson@rjo.com

 5  ANDERSEN, TATE & CARR, P.C.
    THOMAS T. TATE
 6  ELIZABETH CLACK-FREEMAN
    1505 Lakes Parkway, Suite 100
 7  Lawrenceville, Georgia 30043
    Telephone:  770.822.0900
 8  Facsimile:  770.822.9680
    Email:    ttate@atclawfirm.com
 9            lcfreeman@atclawfirm.com
    Of Counsel, pending pro hac vice
10  application

11  Attorneys for Defendant
    Peacock Communications, ATSSC, Inc.,
12  d/b/a Atlanta Telephone Company
```

FILED
SEP X 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AUG 3 0 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTA TELEPHONE SYSTEMS, INC., a Georgia Corporation; ATLANTA TELEPHONE & CABLE CORPORATION, a Georgia Corporation; ATLANTA TELEPHONE SALES & SERVICE COMPANY, a Georgia Corporation; ATLANTA TELEPHONE & DATA CORPORATION, a Georgia Corporation; PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 TO 50 inclusive,<br><br>Defendants. | Case No. C:07-CV-03638-EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ELIZABETH CLACK-FREEMAN *PRO HAC VICE* |

Elizabeth Clack-Freeman, an active member in good standing of the bar of

Page 1

[Proposed] Order Granting Application for Admission of Attorney *pro hac vice* – Case No: C:07-CV-03638

261146.1

Georgia, whose business address and telephone number are:

> Andersen, Tate & Carr, P.C.
> 1505 Lakes Parkway, Suite 100
> Lawrenceville, Georgia 30043
> Telephone: (770) 822-0900

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Peacock Communications, ATSSC, Inc. d/b/a Atlanta Telephone Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Sept 6 2007

Elizabeth D. Laporte
United States Magistrate Judge

[Proposed] Order Granting Application for Admission of Attorney *pro hac vice* – Case No: C:07-CV-03638

261146.1