1  ROGERS JOSEPH O'DONNELL
   THOMAS H. CARLSON (State Bar No. 121367)
2  311 California Street
   San Francisco, California 94104
3  Telephone: 415.956.2828
   Facsimile: 415.956.6457
4  Email: tcarlson@rjo.com

5  ANDERSEN, TATE & CARR, P.C.
   THOMAS T. TATE
6  ELIZABETH CLACK-FREEMAN
   1505 Lakes Parkway, Suite 100
7  Lawrenceville, Georgia 30043
   Telephone: 770.822.0900
8  Facsimile: 770.822.9680
   Email: ttate@atclawfirm.com
9  lcfreeman@atclawfirm.com
   *Of Counsel, pending pro hac vice*
10 *application*

11 Attorneys for Defendant
   Peacock Communications, ATSSC, Inc.,
12 d/b/a Atlanta Telephone Company

RECE[IVED]
AUG 3 0
FILED
SEP X 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 SYNNEX CORPORATION,                    Case No. C:07-CV-03638-EDL
   a Delaware Corporation,
18                                        [~~PROPOSED~~] ORDER GRANTING
                     Plaintiff,           APPLICATION FOR ADMISSION OF
19                                        ATTORNEY THOMAS T. TATE *PRO*
            vs.                           *HAC VICE*
20
   ATLANTA TELEPHONE SYSTEMS, INC.,
21 a Georgia Corporation; ATLANTA
   TELEPHONE & CABLE CORPORATION, a
22 Georgia Corporation; ATLANTA
   TELEPHONE SALES & SERVICE
23 COMPANY, a Georgia Corporation;
   ATLANTA TELEPHONE & DATA
24 CORPORATION, a Georgia Corporation;
   PEACOCK COMMUNICATIONS,
25 ATSSC, INC., a Georgia Corporation; and
   DOES 1 TO 50 inclusive,
26
                     Defendants.
27

28
            Thomas T. Tate, an active member in good standing of the bar of Georgia,

Page 1

[Proposed] Order Granting Application for Admission of Attorney *pro hac vice* – Case No: C:07-CV-03638

261207.1

1 | whose business address and telephone number are:

2 |     Andersen, Tate & Carr, P.C.
    1505 Lakes Parkway, Suite 100
3 |     Lawrenceville, Georgia 30043
    Telephone: (770) 822-0900

5 | having applied in the above-entitled action for admission to practice in the Northern District
6 | of California on a *pro hac vice* basis, representing defendant Peacock Communications,
7 | ATSSC, Inc. d/b/a Atlanta Telephone Company,

8 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the
9 | terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
10 | appearance *pro hac vice*. Service of papers upon and communication with co-counsel
11 | designated in the application will constitute notice to the party. All future filings in this
12 | action are subject to the requirements contained in General Order No. 45, *Electronic Case*
13 | *Filing*.

15 | Dated: 9/6/07

                                                       Elizabeth D. Laporte
                                                       United States Magistrate Judge