Jeffrey M. Galen, Esq. (SBN 134705)
Glenn D. Davis, Esq. (SBN 150744)
GALEN & DAVIS LLP
16255 Ventura Boulevard, Suite 900
Encino, California 91436
Telephone: (818) 986-5685

Attorneys for Plaintiff,
Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 to 50, inclusive,<br><br>Defendants.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>SYNNEX CORPORATION, a Delaware Corporation,<br><br>Counterclaim Defendant. | Case No. 07-03638-EDL<br><br>**PLAINTIFF, SYNNEX CORPORATION'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION FOR CHANGE OF VENUE AND THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br><u>MOTION FOR CHANGE OF VENUE</u><br>DATE: OCTOBER 23, 2007<br>TIME: 9:00 A.M.<br>COURTROOM: E<br><br><u>CASE MANAGEMENT CONFERENCE</u><br>DATE: OCTOBER 23, 2007<br>TIME: 10:00 A.M.<br>COURTROOM: E |

1

1  Plaintiff, Synnex Corporation hereby respectfully requests to appear
2 telephonically at the Motion for Change of Venue scheduled for October 23, 2007, at
3 9:00 a.m. in Courtroom E, 15th Floor and at the Initial Case Management Conference
4 scheduled for October 23, 2007, at 10:00 a.m. in Courtroom E, 15th Floor at the United
5 States District Court located at 450 Golden Gate Ave., San Francisco, CA 94102.
6  Request is made on the grounds that Plaintiff's counsel, Jeffrey M. Galen's offices
7 are located in Los Angeles, California and Mr. Galen, following the hearings on October
8 23, 2007, Mr. Galen must be in San Diego, California to appear in another matter.

10 Dated: October 3, 2007          GALEN & DAVIS, LLP

12                                  By:  /s/    Jeffrey M. Galen
                                         Jeffrey M. Galen, Esq.
13                                       Attorney for Plaintiff, Synnex Corporation

2

PLAINTIFF, SYNNEX CORPORATION'S REQUEST FOR TELEPHONIC APPEARANCE AT
MOTION FOR CHANGE OF VENUE AND THE INITIAL CASE MANAGEMENT CONFERENCE

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA	)
	)
COUNTY OF LOS ANGELES	)

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

    This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

    On October 3, 2007, I served the foregoing document described as **PLAINTIFF, SYNNEX CORPORATION'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION FOR CHANGE OF VENUE AND THE INITIAL CASE MANAGEMENT CONFERENCE** by depositing a true copy thereof enclosed in a sealed envelope as follows:

**Liz Clack-Freeman**
**Anderson, Tate & Carr, P.C.**
**1505 Lakes Parkway, Suite 100**
**Lawrenceville, GA 30043**

**Thomas H. Carlson, Esq.**
**Rogers Joseph O'Donnell**
**311 California Street**
**San Francisco, CA 94104**

( )	(VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)	(VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )	(BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )	(HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 3, 2007, at Encino, California.

Sheri Young	_____
Print Name	Signature