1  ROGERS JOSEPH O'DONNELL
2  THOMAS H. CARLSON (State Bar No. 121367)
   311 California Street
3  San Francisco, California 94104
   Telephone: 415.956.2828
4  Facsimile:  415.956.6457

5  ANDERSEN, TATE & CARR, P.C.
   THOMAS T. TATE
6  ELIZABETH CLACK-FREEMAN
   1505 Lakes Parkway, Suite 100
7  Lawrenceville, Georgia 30043
   Telephone:  770.822.0900
8  Facsimile:  770.822.9680
   *Admitted pro hac vice*

9  Attorneys for Defendant and
   Counterclaimant Peacock Communications,
10 ATSSC, Inc. d/b/a Atlanta Telephone
   Company

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 TO 50 inclusive, <br><br> Defendants. <br><br> PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> SYNNEX CORPORATION, a Delaware corporation, <br><br> Counterclaim Defendant. | Case No. 3:07-CV-03638-EDL <br><br> **ADR CERTIFICATION BY DEFENDANT AND COUNTERCLAIMANT PEACOCK COMMUNICATIONS, ATSSC, INC.** |

1   Without prejudice to the pending motion to transfer venue, pursuant to Civil
2   L.R. 16-8(b) and ADR L.R. 3-5(b) each of the undersigned certifies that he or she has:
3       (1) Read the handbook entitled "Dispute Resolution Procedures in the
4   Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5       (2) Discussed the available dispute resolution options provided by the Court
6   and private entities; and
7       (3) Considered whether this case might benefit from any of the available
8   dispute resolution options.

9   Dated: October 3, 2007

                                    _____
10                                  JOHN C. PEACOCK

11                                  for PEACOCK COMMUNICATIONS, ATSSC,
                                    INC., d/b/a Atlanta Telephone Company
12

13

14  Dated: October 3rd, 2007         ANDERSEN, TATE & CARR, P.C.

15

16                                  By: _____
                                    ELIZABETH CLACK-FREEMAN
17

18                                  Attorneys for Defendant and Counterclaimant
                                    PEACOCK COMMUNICATIONS, ATSSC, INC.,
                                    d/b/a Atlanta Telephone Company
19