IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Synnex Corporation, a Delaware Corporation )
)
)   No. C V-07-03638 EDL
)
   Plaintiff, )   **NOTICE OF NEED FOR ADR**
)   **PHONE CONFERENCE [ADR L.R. 3-5]**
v. )
)   **ADR CERTIFICATION**
)
)
   Defendant. )

The parties either:

__X__  have not yet reached an agreement to an ADR process, or

____  have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

**Last day to file Joint Case Management Statement:** October 16, 2007

**Date of Initial Case Management Conference:** October 23, 2007

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *E-mail Address* |
|---|---|---|---|
| Jeffrey M. Galen, Esq. | Synnex Corporation | 818-986-5685 | jeffrey.galen@GalenDavisLaw.com |

*The ADR Unit (ADR@cand.uscourts.gov) will notify you by e-mail indicating the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

**NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION**

Rev. 4/01
NDC-17E

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: October 2, 2007        Synnex Corporation, a Delaware Corporation
                              [Plaintiff]

Dated: _____        Jeffrey M. Galen, Esq. /S/
                              [Counsel for Plaintiff]

Dated: _____        _____
                              [Defendant]

Dated: _____        _____
                              [Counsel for defendant]

NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION

Rev. 4/01