Jeffrey M. Galen, Esq. (SBN 134705)
Glenn D. Davis, Esq. (SBN 150744)
GALEN & DAVIS LLP
16255 Ventura Boulevard, Suite 900
Encino, California 91436
Telephone: (818) 986-5685

Attorneys for Plaintiff,
Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 to 50, inclusive,<br><br>Defendants.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>SYNNEX CORPORATION, a Delaware Corporation,<br><br>Counterclaim Defendant. | Case No. 07-03638-EDL<br><br>**PLAINTIFF, SYNNEX CORPORATION'S INITIAL DISCLOSURES** |

Plaintiff, Synnex Corporation, ("Synnex") hereby submits its initial disclosures of witnesses and documents as required by Rule 26(a) (1) of the Federal Rules of Civil Procedure.

A. **POTENTIAL WITNESSES**:

The names, addresses and telephone numbers of each individual likely to have discoverable information that Synnex may use to support its claims and/or defenses, excluding those for impeachment purposes are as follows:

1. All individuals identified by any other parties are hereby including as those set forth in full.

Tom Harbin
c/o SYNNEX Corporation

Steve Shumate
c/o SYNNEX Corporation

Anita Kelly
c/o SYNNEX Corporation

Jim Young
c/o SYNNEX Corporation

Gary Bezek
c/o SYNNEX Corporation

Mandy Upshaw
c/o SYNNEX Corporation

Stan Henson
formally with SYNNEX Corporation

Haley Morton
c/o SYNNEX Corporation

Jeanettte Parrish
c/o SYNNEX Corporation

Debra Thomason
c/o SYNNEX Corporation

Johnnie Edmond
c/o SYNNEX Corporation

1  Alan Buttery
   c/o SYNNEX Corporation
2
   Betty Adams
3  c/o SYNNEX Corporation

4  John Horner
   c/o SYNNEX Corporation
5
   Mark Swiley
6  c/o SYNNEX Corporation

7  Tom Brooks
   c/o SYNNEX Corporation
8
   Ben Reaves
9  c/o SYNNEX Corporation

10 Carol Lou
   c/o SYNNEX Corporation
11
   Neil McKay
12 c/o SYNNEX Corporation

13 Mike Jones
   c/o SYNNEX Corporation
14

15     Investigation and discovery is ongoing and Synnex reserves the right to
16 supplement its witness list as information becomes known or available to Synnex.

17     B.    **DOCUMENT PRODUCTION**:

18     Documents, date compilation and tangible things in the possession, custody
19 and/or control of Synnex that Synnex may use to supports its claims and/or defenses,
20 excluding those for impeachment purposes are as follows:

21 1.  All documents produced by any other parties are hereby included by those set
22     forth in full;
23 2.  Synnex Credit Application Agreement;
24 3.  Synnex Invoice No. 18415634
25 4.  Synnex Invoice No. 18421198
26 5.  Synnex Invoice No.90794
27 6.  Synnex Invoice No. 92295

28

7. Synnex Invoice No. 19182137
8. Synnex Invoice No. 19507892;
9. Synnex Invoice No. 95039;
10. Synnex Invoice No. 19633420
11. Synnex Invoice No. 19633421
12. Synnex Invoice No. 19699407
13. Synnex Invoice No. 19816442
14. Synnex Invoice No. 19804426
15. Synnex Invoice No. 19892592
16. Synnex Invoice No. 19958244
17. Synnex Invoice No. 19958264
18. Synnex Invoice No. 19958311
19. Synnex Invoice No. 19970826
20. Synnex Invoice No. 19977004
21. Synnex Invoice No. 20003605
22. Synnex Invoice No. 20075589
23. Synnex Invoice No. 20178215
24. Synnex Invoice No. 20178224
25. Synnex Invoice No. 20180546
26. Synnex Invoice No. 20180666
27. Synnex Invoice No. 20193544
28. Synnex Invoice No. 20189374
29. Synnex Invoice No. 20198825
30. Synnex Invoice No. 20201752
31. Synnex Invoice No. 20204328
32. Synnex Invoice No. 19804425
33. Synnex Invoice No. 98111

| | | |
|---|---|---|
| 1 | 34. | Synnex Invoice No. 20254491 |
| 2 | 35. | Synnex Invoice No. 20356465 |
| 3 | 36. | Synnex Invoice No. 20386661 |
| 4 | 37. | Synnex Invoice No. 20389153 |
| 5 | 38. | Synnex Invoice No. 20440813 |
| 6 | 39. | Synnex Invoice No. 20427904 |
| 7 | 40. | Synnex Invoice No. 20462462 |
| 8 | 41. | Synnex Invoice No. 20514060 |
| 9 | 42. | Synnex Invoice No. 20254493 |
| 10 | 43. | Synnex Invoice No. 20495782 |
| 11 | 44. | Synnex Invoice No. 20522200 |
| 12 | 45. | Synnex Invoice No. 20530610 |
| 13 | 46. | Synnex Invoice No. 20537562 |
| 14 | 47. | Synnex Invoice No. 99388 |
| 15 | 48. | Synnex Invoice No. 286944 |
| 16 | 49. | Synnex Invoice No. 287140 |
| 17 | 50. | Synnex Invoice No. 100579 |
| 18 | 51. | Synnex Invoice No. 101640 |
| 19 | 52. | Synnex Invoice No. 102706 |
| 20 | 53. | Proof of Delivery Receipts |
| 21 | 54. | Statement of Account |

C. **COMPUTATION OF DAMAGES**:

Plaintiffs damages are in the amount of $658,271.31

Dated: October 3, 2007

GALEN & DAVIS, LLP

By: __/s/____ Jeffrey M. Galen
Jeffrey M. Galen, Esq.
Attorney for Plaintiff
Synnex Corporation

5

SYNNEX CORPORATION'S INITIAL DISCLOSURES

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              )
COUNTY OF LOS ANGELES         )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

      This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

      On October 3, 2007, I served the foregoing document described as **PLAINTIFF, SYNNEX CORPORATION'S INITIAL DISCLOSURES** by depositing a true copy thereof enclosed in a sealed envelope as follows:

**Liz Clack-Freeman**
**Anderson, Tate & Carr, P.C.**
**1505 Lakes Parkway, Suite 100**
**Lawrenceville, GA 30043**

**Thomas H. Carlson, Esq.**
**Rogers Joseph O'Donnell**
**311 California Street**
**San Francisco, CA 94104**

( )    (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)    (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )    (HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 3, 2007 at Encino, California.

Sheri Young
Print Name                                    Signature