Jeffrey M. Galen, Esq. (SBN 134705)
Glenn D. Davis, Esq. (SBN 150744)
GALEN & DAVIS LLP
16255 Ventura Boulevard, Suite 900
Encino, California 91436
Telephone: (818) 986-5685

Attorneys for Plaintiff,
Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>SYNNEX CORPORATION, a Delaware Corporation,<br><br>　　　　Counterclaim Defendant. | Case No. 07-03638-EDL<br><br>**PLAINTIFF, SYNNEX CORPORATION'S AMENDED INITIAL DISCLOSURES** |

Plaintiff, Synnex Corporation, ("Synnex") hereby submits its amended initial disclosures of witnesses and documents as required by Rule 26(a) (1) of the <u>Federal Rules of Civil Procedure</u>.

A. **POTENTIAL WITNESSES:**

The names, addresses and telephone numbers of each individual likely to have discoverable information that Synnex may use to support its claims and/or defenses, excluding those for impeachment purposes are as follows:

1. All individuals identified by any other parties are hereby including as those set forth in full.

Tom Harbin
c/o SYNNEX Corporation

Steve Shumate
c/o SYNNEX Corporation

Anita Kelly
formally with SYNNEX Corporation

Jim Young
c/o SYNNEX Corporation

Gary Bezek
c/o SYNNEX Corporation

Mandy Upshaw
c/o SYNNEX Corporation

Stan Henson
formally with SYNNEX Corporation

Haley Morton
c/o SYNNEX Corporation

Jeanettte Parrish
c/o SYNNEX Corporation

Debra Thomason
c/o SYNNEX Corporation

Johnnie Edmond
c/o SYNNEX Corporation

Alan Buttery
c/o SYNNEX Corporation

Betty Adams
c/o SYNNEX Corporation

John Horner
c/o SYNNEX Corporation

Mark Swiley
c/o SYNNEX Corporation

Tom Brooks
c/o SYNNEX Corporation

Ben Reaves
c/o SYNNEX Corporation

Carol Lou
c/o SYNNEX Corporation

Neil McKay
c/o SYNNEX Corporation

Mike Jones
c/o SYNNEX Corporation

Jamila Little
c/o SYNNEX Corporation

Kathy Williamson
c/o SYNNEX Corporation

Lyn Starnes
c/o SYNNEX Corporation

Angie Banda
c/o SYNNEX Corporation

Pam Sullivan
c/o SYNNEX Corporation

Andrea Bernier
c/o SYNNEX Corporation

Ida Valentine
c/o SYNNEX Corporation

Investigation and discovery is ongoing and Synnex reserves the right to supplement its witness list as information becomes known or available to Synnex.

B. **DOCUMENT PRODUCTION:**

Documents, date compilation and tangible things in the possession, custody and/or control of Synnex that Synnex may use to supports its claims and/or defenses, excluding those for impeachment purposes are as follows:

1. All documents produced by any other parties are hereby included by those set forth in full;
2. Synnex Credit Application Agreement;
3. Synnex Invoice No. 18415634
4. Synnex Invoice No. 18421198
5. Synnex Invoice No. 90794
6. Synnex Invoice No. 92295
7. Synnex Invoice No. 19182137
8. Synnex Invoice No. 19507892;
9. Synnex Invoice No. 95039;
10. Synnex Invoice No. 19633420
11. Synnex Invoice No. 19633421
12. Synnex Invoice No. 19699407
13. Synnex Invoice No. 19816442
14. Synnex Invoice No. 19804426
15. Synnex Invoice No. 19892592
16. Synnex Invoice No. 19958244
17. Synnex Invoice No. 19958264
18. Synnex Invoice No. 19958311
19. Synnex Invoice No. 19970826
20. Synnex Invoice No. 19977004
21. Synnex Invoice No. 20003605
22. Synnex Invoice No. 20075589

1  23.    Synex Invoice No. 20178215
2  24.    Synex Invoice No. 20178224
3  25.    Synex Invoice No. 20180546
4  26.    Synex Invoice No. 20180666
5  27.    Synex Invoice No. 20193544
6  28.    Synex Invoice No. 20189374
7  29.    Synex Invoice No. 20198825
8  30.    Synex Invoice No. 20201752
9  31.    Synex Invoice No. 20204328
10 32.    Synex Invoice No. 19804425
11 33.    Synex Invoice No. 98111
12 34.    Synex Invoice No. 20254491
13 35.    Synex Invoice No. 20356465
14 36.    Synex Invoice No. 20386661
15 37.    Synex Invoice No. 20389153
16 38.    Synex Invoice No. 20440813
17 39.    Synex Invoice No. 20427904
18 40.    Synex Invoice No. 20462462
19 41.    Synex Invoice No. 20514060
20 42.    Synex Invoice No. 20254493
21 43.    Synex Invoice No. 20495782
22 44.    Synex Invoice No. 20522200
23 45.    Synex Invoice No. 20530610
24 46.    Synex Invoice No. 20537562
25 47.    Synex Invoice No. 99388
26 48.    Synex Invoice No. 286944
27 49.    Synex Invoice No. 287140
28

50. Synnex Invoice No. 100579
51. Synnex Invoice No. 101640
52. Synnex Invoice No. 102706
53. Proof of Delivery Receipts
54. Statement of Account

C. **COMPUTATION OF DAMAGES**:

Plaintiffs damages are in the amount of $658,271.31

Dated: October 10, 2007

GALEN & DAVIS, LLP

By: /s/   Jeffrey M. Galen
Jeffrey M. Galen, Esq.
Attorney for Plaintiff
Synnex Corporation