UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                   **Date:** October 23, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-03638 EDL

**Title:**       SYNNEX CORPORATION v. ATLANTA TELEPHONE SYSTEMS

**Attorneys:**   Plaintiff: Jeffrey M. Galen     Defendant: Thomas H. Carlson

**Deputy Clerk:**   Lili M. Harrell     **FTR Digital Recording:** 9:11am - 9:20am


**PROCEEDINGS:**                                           **RULINGS:**

Defendant's Motion to Transfer Venue                       Granted


**ORDERED AFTER HEARING:** Case shall be transferred to the U.S. District Court, District of South Carolina at Greenville.


**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [X] Defendant  [ ] Court

**Case Continued to:**

Notes:


cc: