ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

ANDERSEN, TATE & CARR, P.C.
THOMAS T. TATE
ELIZABETH CLACK-FREEMAN
1505 Lakes Parkway, Suite 100
Lawrenceville, Georgia 30043
Telephone: 770.822.0900
Facsimile: 770.822.9680
*Admitted pro hac vice*

Attorneys for Defendant and
Counterclaimant Peacock Communications,
ATSSC, Inc. d/b/a Atlanta Telephone
Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia Corporation; and DOES 1 TO 50 inclusive,<br><br>Defendants.<br><br>PEACOCK COMMUNICATIONS, ATSSC, INC., a Georgia corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>SYNNEX CORPORATION, a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. 3:07-CV-03638-EDL<br><br>**[PROPOSED] ORDER GRANTING PEACOCK COMMUNICATIONS, ATSSC, INC.'S MOTION TO TRANSFER VENUE**<br><br>Date: October 23, 2007<br>Time: 9:00 a.m.<br>Dept. Courtroom E, Fifteenth Floor<br>Judge: Magistrate Judge Elizabeth D. Laporte |

1  This matter came on regularly for hearing on October 23, 2007. Jeffrey M.
2  Galen appeared for plaintiff and counterclaim defendant Synnex Corporation, and Thomas H.
3  Carlson appeared for defendant and counterclaimant Peacock Communications, ATSSC, Inc.
4  d/b/a Atlanta Telephone Company. In consideration of the evidence, the arguments of
5  counsel, and for good cause shown, it is hereby ordered, adjudged and decreed that Peacock
6  Communications, ATSSC, Inc.'s motion to transfer venue pursuant to 28 USC § 1404(a) is
7  hereby GRANTED and that this matter be, and hereby is, transferred to the United States
8  District Court for the District of South Carolina, Greenville Division. The Clerk of this Court
9  is authorized to take such further steps to effect such transfer as are necessary, including but
10 not limited to forwarding the pleadings and files in this matter.
11 IT IS SO ORDERED.

13 Dated: October 25, 2007



_____
Elizabeth D. Laporte
United States Magistrate Judge