**COPY**

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 5, 2007

FILED

NOV 21 2007

RICH...
CLERK U.S. D...
NORTHERN DISTRICT OF CALIFOR...

**Via Certified Mail**

United States District Court
District of South Carolina, Greenville Division
Office of the Clerk
C.F. Haynsworth Federal Building &
    United States Courthouse
300 East Washington Street
Greenville, South Carolina 29601

**RE:  SYNNEX CORPORATION -v- ATLANTA TELEPHONE SYSTEMS, INC., et al.**
      **Case Number: C-07-3638-EDL**

Dear Clerk,

Pursuant to an ***order transferring*** the above captioned case to your court, transmitted herewith are:

⊠    Certified copy of docket entries.

⊠    Certified copy of Transferral Order.

⊠    Original case file documents.

⊠    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

Enclosures
Copies to counsel of record